UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  v.

QUAMAIN SIMMS-CALHOUN,

                  Defendant.

**DECISION AND ORDER**
20-CR-36-A

     This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  On April 20, 2021, defendant Quamain Simms-Calhoun appeared before Magistrate Judge Roemer and entered a plea of guilty to a one-count Superseding Information which charges him with conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846.

     Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No. 114) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  It is hereby

     **ORDERED** that, upon review of the transcript of the April 20, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Quamain Simms-Calhoun's plea of guilty was knowing, voluntary, and has a factual basis.  Accordingly, defendant Simms-Calhoun's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 114.  Sentencing is scheduled for

August 19, 2021 at 12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

    **IT IS SO ORDERED.**

                          ___*s/Richard J. Arcara*_____
                          HONORABLE RICHARD J. ARCARA
                          UNITED STATES DISTRICT COURT

Dated: May 11, 2021